```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04181
    IRWIN H MANN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9732


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/24/2008 and was not confirmed.

      The case was dismissed without confirmation 05/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------

MICHAEL J KALKOWSKI        NOTICE ONLY      NOT FILED          .00          .00
CAPITAL ONE                UNSECURED          971.62           .00          .00
CAPITAL ONE                UNSECURED         1190.10           .00          .00
FFCC-COLUMBUS INC          UNSECURED          468.32           .00          .00
ROUNDUP FUNDING LLC        UNSECURED         1376.69           .00          .00
HSBC BANK NEVADA NA        UNSECURED        NOT FILED          .00          .00
CACH LLC                   UNSECURED        NOT FILED          .00          .00
CHASE BANK                 UNSECURED         2179.35           .00          .00
LVNV FUNDING LLC ASSIGNE   UNSECURED          754.01           .00          .00
CPU/CBSD                   UNSECURED        NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1462.07           .00          .00
LVNV FUNDING LLC ASSIGNE   UNSECURED         1317.91           .00          .00
PREMIER BANKCARD           UNSECURED          507.46           .00          .00
US BANK NA                 NOTICE ONLY      NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1287.52           .00          .00
HSBC BANK                  UNSECURED        NOT FILED          .00          .00
HSBC BANK                  UNSECURED        NOT FILED          .00          .00
KOHLS                      UNSECURED        NOT FILED          .00          .00
LVNV FUNDING LLC           UNSECURED        NOT FILED          .00          .00
LVNV FUNDING LLC           UNSECURED        NOT FILED          .00          .00
LVNV FUNDING LLC ASSIGNE   UNSECURED          843.50           .00          .00
HSBC BANK                  UNSECURED        NOT FILED          .00          .00
ECAST SETTLEMENT           UNSECURED          955.20           .00          .00
WFNNB/SPIEGEL              UNSECURED        NOT FILED          .00          .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00            .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE        .00            .00          .00
GMAC                       SECURED VEHIC        .00            .00          .00
GMAC                       UNSECURED        NOT FILED          .00          .00
COOK COUNTY TREASURER      PRIORITY        NOT FILED           .00          .00
LVNV FUNDING LLC ASSIGNE   UNSECURED          683.85           .00          .00
COOK COUNTY TREASURER      SECURED NOT I    6065.24            .00          .00
ROUNDUP FUNDING LLC        UNSECURED         1621.16           .00          .00
GREGORY J MARTUCCI         DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04181  IRWIN H MANN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                               .00
DEBTOR REFUND                                                      .00
                                ---------------     ---------------
TOTALS                                 .00                         .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 04181 IRWIN H MANN